BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Kenneth Beyer, ) | No. 2:15-cv-01306-AC (TEMP) |
| ) | |
|    Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF 30 DAYS FOR |
|      vs. ) | DEFENDANT TO FILE HER OPPOSITION |
| ) | TO PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief.  This is Defendant's first request for extension.  The additional time is requested as Defendant's counsel was recently reassigned to this case.  Defendant's counsel requests this additional time in order to adequately research the issues Plaintiff has presented.  The current due date is December 21, 2015.  The new due date will be January 20, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Counsel sincerely apologizes to the Court for any inconvenience caused by this delay.

                                Respectfully submitted,

Dated: December 18, 2015          /s/ *Young Cho
                                    (*as authorized by email on December 17, 2015)
                                    Young Cho
                                    Law Offices of Lawrence D. Rohlfing
                                    Attorney for Plaintiff

Dated: December 18, 2015          BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX,
                                    Social Security Administration

                          By:     /s/ Roya Massoumi
                                    ROYA MASSOUMI
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 4, 2016

                                              ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE