BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8945
     Facsimile: (415) 744-0134
     E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH BEYER, | No. 2:15-cv-01306-AC (TEMP) |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief.  This is Defendant's second request for extension.  Defendant's counsel requests this additional time as she has been overseeing a complex personnel investigation, involving over ten witnesses, in addition to three complex matters involving federal privacy laws, as well as three investigations arising from alleged violations of federal civil rights laws.  Defendant requests this additional time in order to adequately research the issues Plaintiff presents.  Defendant makes this request in good faith with no intention to unduly delay the

proceedings.  The current due date is January 20, 2016.  The new due date will be February 19, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel sincerely apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 19, 2016                    /s/ *Young Cho
                                           (*as authorized by email on January 19, 2016)
                                           Young Cho
                                           Law Offices of Lawrence D. Rohlfing
                                           Attorney for Plaintiff


Dated: January 19, 2016                    BENJAMIN B. WAGNER
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Acting Regional Chief Counsel, Region IX,
                                           Social Security Administration

                                   By:     /s/  Roya Massoumi
                                           ROYA MASSOUMI
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 21, 2016

                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE