BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KENNETH BEYER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01306-AC (TEMP)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF 14 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 14 days to file her Opposition to Plaintiff's Opening Brief.  This is Defendant's third and final request for extension.  Defendant's counsel requests this additional time as she has been overseeing a complex personnel investigation, involving over ten witnesses, in addition to three complex matters involving federal privacy laws, as well as three investigations arising from alleged violations of federal civil rights laws. Defendant requests this additional time in order to adequately research the issues Plaintiff presents.  Defendant makes this final extension request in good faith with no intention to unduly

delay the proceedings. The current due date is February 19, 2016. The new due date will be March 4, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel sincerely apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 18, 2016                /s/ *Young Cho
                                        (*as authorized by email on February 18, 2016)
                                        Young Cho
                                        Law Offices of Lawrence D. Rohlfing
                                        Attorney for Plaintiff

Dated: February 18, 2016                BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX,
                                        Social Security Administration

                                By:     /s/ Roya Massoumi
                                        ROYA MASSOUMI
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: February 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE