Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kenneth A. Beyer

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH A. BEYER, | ) No. 2:15-cv-01306-DB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) THE AWARD AND PAYMENT OF |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO THE EQUAL |
| NANCY A. BERRYHILL,[1] Acting | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
| Commissioner of Social Security, | ) § 2412(d) AND COSTS PURSUANT |
| | ) TO 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE
OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their
undersigned counsel, subject to the approval of the Court, that Kenneth A. Beyer

---

[1]     Nancy A. Berryhill is now the Acting Commissioner of Social
Security.  Pursuant to Rule 25(d) of F.R.C.P., Nancy A. Berryhill should be
substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this
suit.  No further action needs to be taken to continue this suit by reason of the last
sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

be awarded attorney fees in the amount of four thousand two hundred dollars ($4,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Kenneth A. Beyer, the government will consider the matter of Kenneth A. Beyer's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Kenneth A. Beyer, but if the Department of the Treasury determines that Kenneth A. Beyer does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Kenneth A. Beyer.[2]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Kenneth A. Beyer's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  shall constitute a complete release from, and bar to, any and all claims that

2  Kenneth A. Beyer and/or Young Cho including Law Offices of Lawrence D.

3  Rohlfing may have relating to EAJA attorney fees in connection with this action.

4        This award is without prejudice to the rights of Young Cho and/or the Law

5  Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under

6  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

7  DATE: March 16, 2017      Respectfully submitted,

8                         LAW OFFICES OF LAWRENCE D. ROHLFING

9                         /s/ *Young Cho*

               BY:_____

10                         Young Cho

                       Attorney for plaintiff Kenneth A. Beyer

11

12  DATE: March 16, 2017      PHILLIP A. TALBERT

                       Acting United States Attorney

13

14                         /s/ *Roya Massoumi*

15                         _____

                       ROYA MASSOUMI

16                         Special Assistant United States Attorney

                       Attorneys for Defendant NANCY A.

17                         BERRYHILL, Acting Commissioner of Social

                       Security (Per e-mail authorization)

18

19                             **<u>ORDER</u>**

20        Pursuant to the parties' stipulation, IT IS SO ORDERED.

21  Dated:  March 16, 2017

22

23                         _____

24                         DEBORAH BARNES

                       UNITED STATES MAGISTRATE JUDGE

25

26